# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered) |
| WOODBRIDGE GROUP OF COMPANIES, LLC; WOODBRIDGE STRUCTURED FUNDING, LLC; WOODBRIDGE MORTGAGE INVESTMENT FUND 4, LLC,<br><br>            Plaintiffs,<br><br>vs.<br><br>ALBERT D. KLAGER; PROVIDENCE TRUST GROUP, LLC FBO ALBERT D. KLAGER ROTH IRA; ATLANTIC INSURANCE & FINANCIAL SERVICES INC.,<br><br>            Defendants. | Adversary Proceeding<br>Case No. 18-50812 (KJC)<br><br>**Ref. Docket No. 3** |

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

### STIPULATION EXTENDING TIME OF DEFENDANTS
### TO RESPOND TO COMPLAINT

Woodbridge Group of Companies, LLC and its above-captioned co-plaintiffs, debtors, and debtors in possession (the "Plaintiffs" or the "Debtors") and Albert D. Klager; Providence Trust Group, LLC FBO Albert D. Klager Roth IRA; Atlantic Insurance & Financial Services Inc. (the "Defendants," and collectively with the Plaintiffs, the "Parties") hereby stipulate as follows:

A. On September 14, 2018, the Plaintiffs filed the *Complaint Objecting to Claims and Counterclaiming for Avoidance and Recovery of Avoidable Transfers and for Equitable Subordination* [Adv. Doc. No. 1] against the Defendants.

B. The time for Defendants to respond to the Complaint expires not earlier than October 18, 2018 [Adv. Doc. No. 3].

C. Pursuant to Rule 7012-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Debtors may, by stipulation—and without a court order—extend the Defendants' time to respond to a complaint for up to 28 days.

D. To avoid the cost of litigation while the Parties explore whether a consensual resolution of this dispute is possible, the Parties have agreed to continue the Defendants' time to respond to the Complaint until November 15, 2018.

**WHEREFORE**, the Parties stipulate that:

1. The Defendants shall have through and including November 15, 2018, to respond to the Complaint.

2. This Stipulation is without prejudice to any Party's substantive rights.

Dated: October 11, 2018
Wilmington, Delaware

*/s/ Ian J. Bambrick*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach (No. 4070)
Edmon L. Morton (No. 3856)
Ian J. Bambrick (No. 5455)
Betsy L. Feldman (No. 6410)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253

-and-

KLEE, TUCHIN, BOGDANOFF & STERN LLP
Kenneth N. Klee (*pro hac vice*)
Michael L. Tuchin (*pro hac vice*)
David A. Fidler (*pro hac vice*)
Jonathan M. Weiss (*pro hac vice*)
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067

*Counsel for Plaintiffs*


*/s/ Thomas L. Abrams, Esq.*
Thomas L. Abrams, Esq.
1776 N. Pine Island Rd Suite 215
Fort Lauderdale, Florida 33322
Tel:   (954) 523-0900
Fax:   (954) 915-9016

*Counsel for Defendants*